## 43057. DAVIS v. THE STATE.

PANNELL, Judge. The motion for change of venue in the present case not being supported by evidence materially different from that in a former appearance of this case on motion for change of venue (*Davis v. State*, 112 Ga. App. 29 (143 SE2d 649)), the refusal of the trial court in this case to grant a motion for change of venue must be affirmed.

*Judgment affirmed. Bell, P. J., and Whitman, J., concur.*

ARGUED SEPTEMBER 7, 1967—DECIDED DECEMBER 5, 1967.

B. Clarence Mayfield, Morris Brown, Charles Morgan, Jr., M. Laughlin McDonald, P. Walter Jones, for appellant.

Fred Hand, Jr., Solicitor General, for appellee.